11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Deen T. Williamson

Appellant

Vs.                   No. 11-01-00323-CV B Appeal from Dallas County

Blalack & Williams, P.C. et al

Appellees

 

Appellant has further failed to file the
clerk=s record as ordered.  Therefore, the appeal is dismissed for want
of prosecution.  TEX.R.APP.P. 37.3(b)
& 42.3.

 

PER CURIAM

 

November 27, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of:  Arnot, C.J.,
and

Wright, J., and McCall, J.